UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCKINLEY STOUDERMIRE,

    Plaintiff,

-against-

U.S. DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

18-CV-2771 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at today's telephonic status conference, it is hereby ORDERED that:

1. <u>Close of Discovery</u>. All discovery must be completed no later than **April 14, 2020**.

2. <u>Status Conference</u>. Judge Moses will conduct a status conference on **February 3, 2020, at 10:00 a.m.**, in Courtroom 20A. One week prior to that date, on **January 27, 2020**, the parties shall submit a joint status letter outlining the progress of fact discovery to date, whether either party requires or requests expert discovery, and whether the parties believe a judicially supervised settlement conference would be productive. If no discovery or scheduling controversies exist at that time, the parties may request that the conference be held telephonically.

The Clerk of the Court is respectfully directed to mail a copy of this Order to plaintiff McKinley Stoudermire.

Dated: New York, New York
       December 16, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**