USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCKINLEY STOUDERMIRE,

    Plaintiff,

-against-

U.S. DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

18-CV-2771 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at today's telephonic status conference, it is hereby ORDERED that:

1. <u>Status Letter</u>. No later than **February 10, 2020**, defendant's counsel shall submit a letter advising the Court of the parties' views regarding whether and when a settlement conference would be productive, including whether the parties request a referral to another magistrate judge to conduct the conference.

2. <u>Depositions</u>. Plaintiff shall be limited to a total of five fact depositions in this matter. Defendant states that it does not plan to conduct any depositions other than of plaintiff. The deadline for fact discovery remains **April 14, 2020**.

3. <u>Status Conference</u>. Judge Moses will conduct a status conference on **March 18, 2020, at 10:00 a.m.**, in Courtroom 20A. One week prior to that date, on **March 11, 2020**, the parties shall submit a joint status letter outlining the progress of fact discovery to date. If no discovery or scheduling controversies exist at that time, the parties may request that the conference be held telephonically.

The Clerk of the Court is respectfully directed to mail a copy of this Order to plaintiff McKinley Stoudermire.

Dated: New York, New York
      February 3, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**