

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MCKINLEY STOUDERMIRE,

        Plaintiff,

  -against-

U.S. DEPARTMENT OF VETERANS AFFAIRS,

        Defendants.

18-CV-2771 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties have failed to file a joint status letter, as required, in advance of the status conference scheduled for June 3, 2020. (*See* Dkt. No. 75.) The status conference is hereby ADJOURNED to **June 23, 2020 at 10:00 a.m.** The conference will take place telephonically. At that time, the parties are directed to call the Court's conference line **(888) 5571-8511** and enter the access code **7746387**. **Please treat the teleconference as you would treat a public court appearance.  If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.**

    The parties are reminded that their joint status letter, outlining the progress of discovery to date, is due one week in advance of the conference, that is, by **June 16, 2020**.

    Counsel for defendant is directed to serve a copy of this order on the pro se plaintiff and file proof of such service on the docket.

Dated: New York, New York
       June 2, 2020

                          **SO ORDERED.**

                          **BARBARA MOSES**
                          United States Magistrate Judge